UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. LUCORE,<br><br>                           Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF LMT 2006-9 TRUST, BANK OF AMERICA, N.A., BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, AND DOES 1 through 10, inclusive,<br><br>                           Defendant. | Case No.: 3:18-cv-2382-L-MDD<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [ECF Nos. 5]** |

On November 9, 2018, Defendant Bank of America filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 5. Likewise, Defendant Wells Fargo Bank filed its own Rule 12(b)(6) motion to dismiss on November 15, 2018. ECF No. 8. Instead of filing an opposition, on November 30, 2018, Plaintiff filed an Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A) as to Defendant Back of America only. ECF No. 15. The same day, Plaintiff filed an Amend Complaint. ECF No. 16.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves wither an answer or a motion for summary judgment." An amended complaint supersedes a prior complaint as a pleading. *Ramirez v. County of San Bernardino*, 806

1

F.3d 1002, 1008 (9th Cir. 2015). Accordingly, Defendant Bank of America's motion to dismiss the initial complaint [ECF No. 5] is **DENIED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED.**

Dated: December 3, 2018

Hon. M. James Lorenz
United States District Judge